Consovoy McCarthy PLLC

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

July 30, 2019

**CM/ECF**

Lyle W. Cayce
U.S. Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: ***Speech First, Inc. v. Fenves*, No. 19-50529: Unopposed Request for an Extension of Time**

Dear Mr. Cayce,

I represent Appellant, Speech First, Inc., in this matter. Appellant's opening brief is currently due on Monday, August 5, 2019. Undersigned counsel represents President Donald J. Trump in *Trump v. Committee on Ways & Means*, No. 19-cv-2173 (D.D.C.), which has required extensive emergency litigation over the last six days. Appellant requests a four-day extension on its opening brief, moving the deadline from August 5, 2019 to August 9, 2019. Appellee consents to this request.

Sincerely,

 */s/ William S. Consovoy*
Counsel for Appellant Speech First, Inc.

cc:     All CM/ECF users